STEPHEN HARMON
Name
#265620
Prison Number
Goose Creek Correctional Center
Place of confinement
22301 West Alsop Road
Mailing address
Wasilla, Alaska 99654
City, State, Zip
(907) 864 8100
Telephone

RECEIVED

JUL 3 0 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

STEPHEN HARMON
,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

MIKE DUNLEAVY- (Ak.Gov.) and
,

CRAIG CLARKSON- (Ak.Att.Gen.).
,

,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:19-CV-00213-SLG
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of  STEPHEN HARMON ,
(print your name)

who presently resides at Goose Creek Cor.Cnt./22301 W.Alsop Rd./Wasilla,Ak.99654
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Mike Dunleavy _____ is a citizen of

Alaska _____, and is employed <u>as a</u> Governor[of/&/for "All Alaskan Citizens for
(state)                                     (name)
                                                  (defendant's government position/title)       State of Alaska.]

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something). (Emphasis)

Defendant No. 2, Craig Clarkson _____ is a citizen of

Alaska _____, and is employed <u>as a</u> Attorney General[of/&/for "ALL Alaskan
(state)                                     (name)
                                                (defendant's government position/title)   Citizens for
                                                                  State of Alaska.]

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something). (Emphasis)

Defendant No. 3, _____ is a citizen of
                                          (name)

_____, and is employed as a_____.
(state)                                            (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about "Was made aware on/about mid-2013 , my civil right to
(Date)

Due-Process 14th Amend Right; was continued denied "Access to" & "use to/of" constitutional
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom lawful state from cruel and unusual punishment, etc. List only one violation.) statute(s).

was violated by the continue(ation) denial ---by Ak.Gov.Mike Dunleavy.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

→  Gov.Dunleavy continued the denial of

a.) Access to constitutional lawful state stautes, and

b.) use to and of constitutional lawful state statutes "even"
once was made aware the Alaska Court's Ruled this and
instructed State to constitutional rewrite the state statutes
and "have not" to date; and
once I/Plaintiff Harmon as a Alaska Citizen ask him and
state to do so (see attached exhibits "A" & "B") did not.

c.) Alaska State Constitution requires "constitutional
laws/State statutes be avvailable/used/applied in State, Not
Emphss  →  d.) U.S.Constitution mandates each state comply/have "basic"
constitutional laws/.statues at "minimum to Federal law"
and Alaska "has not" and Alaska Court ruled "repeadly "does not.

I/Stephen Harmon ("AS A" Alaskan citizen) (Not challengeing
my sentence or conviction here) have a constitutoinal right
Emphsis  to constitutional lawful state statutes "and there is not
currently in Alaska and

"ALL" Alaska citizens are effected (class) as they ["ALL"]
citizens are being denied lawful constitutional state statutes
currently. constitutional right to constitutional lawful state
statutes and are being denied. "knowingly and intentionaly by "state
Gov.Dunleavy/Attorney General Clarkson(and House and Senate)"

→  e.) please see attached "Memorandum in support" and Motion
explaining "WHY" asking Court to a.) consider & b.) Grant should

Claim 2: On or about "was made aware on/about mid-2013 , my civil right to
                     _____(Date)_____

Due-Process 14th Amend Right; was continued denied "Access to" &"use to/of" constitutional
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom   lawful state
from cruel and unusual punishment, etc. List **only one** violation.)                                                sttaute(s).

was violated by the continue(ation) denial --- by Ak.Att.Gen.Craig.Clarkson.
                 _____
                 (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

> AK ATTORNEY General ~~Stephen~~ Clarkson continued the denail of

a.) Access to constitutional lawful state statutes, and

b.) use to and of constitutional lawful state statutes "even"

    once was made aware of the Alaska Court's Ruled this and
    instructed State to constitutional rewrite the state statutes
    and have not to date; and
    once I/Plaintiff Harmon as a Alaska Citizen ask him and
    state to do so (see attached exhibits "A" & "B")did not.

c.) Alaska Constitution requires constitutional
    laws/state stautes to be available/used/applied in State are not
                                                               ct.ruled.
d.) U.S.Constitution manadates each state comply/have "basic"
    constitutional laws/statutes at "minimum to Federal law"
    and Alaska has not" and Alaska Court ruled repeadly"does not".

Emph's ->

I/Stephen Harmon "AS A ALASKA CITIZEN" (not challenging my sentence
not challenging my conviction here) have a constitutional"right"
to constitutional lawful state statutes and there is not
currently in Alaska and

Emph's ->

"ALL""Alaskan llitizens are effected (class) as they ["ALL"]
 citizens are being denied lawful constitutional state statutes
 currently. constitutional right to constitutional lawful state
 statutes and are being denied. "knowingly and intentionaly by State
 Gov.Dunleavy/Attorney General Clarkson (and house and senate)"
e.)please see attached "Memorandum in support" and Motion explaining
   "WHY" asking court to a.)consider & b.)should Grant.

                                              Prisoner § 1983 - 4
                                              PS01, Nov. 2013

Claim 3: On or about _____, my civil right to

(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun ~~other lawsuits in state or federal court~~ dealing with ~~the same facts~~ involved in this action, **or otherwise relating to your imprisonment?** ~~Yes~~ X No

2. If your answer is "Yes," describe each lawsuit

*[handwritten: This is my 1st 1983 ever filed]*

a. Lawsuit 1:

*[handwritten: # 3 + NOTE; I Am not challenging any part of my current confinment in This 1983 (i.e. not Challenging sentence - not challenge Conviction) not challenging imprisonment Please See pg. 9 ~ under Relief 9.-1 Deny to parole Basic Constitution laws" to pup A]*

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes  X  No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes ☒ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____0_____

2. Punitive damages in the amount of $_____0_____

3. An order requiring defendant(s) to _please see attach pages 10,11,12_ — See

4. A declaration that _please see attach page 9_ — See

5. Other: _please see attach page 12_

Plaintiff demands a trial by jury. __X__ Yes _____ No

*Need/Required written Declaration; order Required To have state comply Due To as states own word to/will do something fair/Just*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

*Need This court oversight to have state comply provide Basic Constitutional laws To any/All alaskans And Harmon*

Executed at ___Wasilla Alaska___ on ___7/28/2019___
　　　　　　　　(Location)　　　　　　　　　　　　(Date)

___Stephen Harmon___
　(Plaintiff's Signature)

___Stephen Harmon - Pro Se___　　　___7/28/2019___
Original Signature of Attorney (if any)　　　(Date)

___Stephen Harmon(Prose) #265620___

___Goose Creek Cor. Cnt.___

___22301 W.alsop Rd___

___Wasilla, Alaska 99654___
Attorney's Address and Telephone Number
___(907) 864-8100___

continuation of Prisoner 1983 page 9 of:

**F. Request for relief**

Plaintiff request that this Court grant the following relief:

of:(4. a Declaration that/of this Court of:    following    )

The Court Determines after a review of the evidence and the lack of shows and concludes following of and declares`

a.) The State of Alaska, Governor Dunleavy and Attorney General Clarkson have not complied with their "Basic" Constitutional obilgatory responsibilities to

1.) ..." faithfuly execution of the law(s) nor enforce compliance with nor restriained violation of anyconstitutional right by an officer, dept. or agency of the state or its sub-divisions.." violations Alaska Const.Art III-16 Governors Authority and Responsibilties and violations Rules of Professional Misconduct 8.4 (fraud and misrepresentation/misleading) ("IN")

Emphsis → "Knowingly and Intentionaly denied(ing to provide) or (see to provide) and Apply ("BASIC") Constitutional lawful state statue(s) [ Presumptive Sentencing Statute A.S.12.55.155 and Felony Sentencing Statute A.S.12.55.125] pursuantto a.) State "west v State"[1] nor by "repeaded" request by Plaintiff Harmon (see Exhibits "A" & "B") resulting in the Total Denial of Due Process to any Alaska Citizen as the Plaintiff Harmon's and compounded and shown this is not only "knowingly and intentional"but is continuing to keep the state in a state of question and disrepute in Court proceedings of Alaska.

Emphis →2.) compounded these due process violation for over (15) fifteen years and counting` Records shows.

Emphis →3.) The Records/facts show that the State of Alaska House and Senate were aware at "minimum" based on evidence of Exhibits "A" & "B" and unconstitutional allowed unconstitutional laws to be continued use and applied and not constitutional addressed or correct to date as well party to denial of due process to all.

1 West v State 223 P.3d 634 (Ak.App.Ct.2010) (HN#2)

Page 9

continuation of Prisoner 1983 page 10 of:

**F.Request for Relief**

Plaintiff request that this Court grant the following Relief:
of: (3. An Order requireing defendant(s) to: _following_ )
*(handwritten: wrdtk)*

This Court hereby ORDERS the Defendant's of [Governor Mike
Dunleavy and Attorney General Craig Clarkson] are to go to the
Alaska legislature (Governor has special session authority to
call into session [emergency basses qualifies as such here]) of *(handwritten: If not in Session)*
State of Alaska and  a.) within (30) thirty days of this Order

have the two unconstitutional state laws

statutes listed by Court as unconstitu-

tiooonal still [Alaska presumptive

Sentencing statute A.S.12.55.155 and

Alaska Felony sentencing Statute of

A.S.12.55.125] in _west v State_ [since

2010 determined unconstitutional

constitutional rewritten for Constitution *(handwritten: HAVE NOT)*

al use/application in the State of Alaska

then report back to this Court "with" a

*(handwritten: Copy)* of such/completed providance of a const-

itutional compliance with "basic" const- *(handwritten: written)*

state law on Alaska Books for use and *(handwritten: For)*

will apply the standard set out in *(handwritten: Also)*

State Ordered instructions on what/how to

constitutional rewrite in _West v State_

and "now since will" apply the U.S.Supreme *(handwritten: Also HAvi,)*

Court Standard that has been issued of

*(handwritten left margin: ORiginal Back in 2004 Ruled unconstitution)*

Page 10

Case 3:19-cv-00213-SLG   Document 1   Filed 07/30/19   Page 10 of 13

F. Request for Relief

(continuation of 3. An Order requireing defendants to:)

Apply 2 U.S. Supreme Ct. Standard of
in 2016 "specificaly" setting the Standard
of: <u>Montogmery v Lousiana 136 S.Ct. 718 (2016)</u>

Emphsis → 1.) "what is" a unconstitutional law and "
"what" is required to be done with a
litigant and "due to the future of

Emphise → 2.) "what the Court"(U.S. Supreme Ct.) has
Mandated to be done with a litigant
and Relief due to such a litigant
effected by a unconstitutional law,

Emphsis → 3.) "The application of retroapplication"
to and on a litigant effected by an
unconstitutional law and "what" it
instructs "a state" "to not do or not
to insit on doing or woould be a
constitutoinal violaiton/denial by a
state to such a litigant effected by.

Emphsis → 4.) Due to the length of time that State
Alaska has allowed these state statute
to go unconstitutional and due to the
U.S. Supreme Court updated determination
on Unconstitutional law and application
of <u>Montogmery v Lousiana 136 S.Ct. 718</u>
any litigant sentenced under presump-

Page 11

1 | Request for Relief

2 | (continuation of 3. An Order requireing defendants to:)

3 |

4 | tive sentenceing statute A.S.12.55.155

5 | and A.S.12.55.125 is and well be effected

6 | and applies to. ["Since" LAW is void and IS no LAW ...a)

7 | State of Alaska should have not waited 15 plus years and then

8 | HAVE TO be Ordered to provide "basic" constitutional state statutes/laws

9 | for it citizens and Plaintif Harmon . Emphsis

10 | To Basicially compy with Minimum Standards set out

11 | In Federal Const. Mandates To Do So and provide !!!

12 | F. Request for Relief HAVE NOT.

13 | 5.Other: _____ following "Knowingly/Intentional

14 | The Court is asked what if any other action it deems

15 | as lawful and required based on the violaitons of Constitutional

16 | rights to Plaintiff and Alaska Citizens as a class be rendered

17 | as this Deems necessary in the interest of Justice and advancement

18 | of Justice please render down then, Plaintiff ask/request.

19 |

20 | Plantiff Ask That This memorandum in Support BE included

21 | in 1983 Application when ORDER defendants to RESpondE

22 | To Consider and Respondе TO Also in Defendants Response,

23 |

24 | Thank you! S. Harmon 7/28th/19

25 |

26 |

Case 3:19-cv-00213-SLG   Document 1   Filed 07/30/19   Page 12 of 13

packaging is the property of the U.S. Postal Service... ...is provided solely for use in sending Priority Mail® shipments. ...r-sale. EP14F © U.S. Postal Service; October 2018. All rights reserved. ...be a violation of federal law. This packaging ...

ZIP 99654
041M11450739

FROM: LEGAL Mail

Stephen Harmon ~ #365630
Coast Creek Corr. Cntr.
22 301 West Alsop Rd.
Wasilla, Alaska, 99654

CERTIFIED MAIL

7018 0680 0002 1595 2635

TO: Clerk of Court
United States District Court For
District of Alaska
222 W. 7th Ave. #4
Anchorage, Alaska, 99513

To schedule free
Package Pickup,
scan the QR code.

USPS.COM

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL®**

Date of delivery specified*
USPS TRACKING™ included to many major
international destinations.
Limited international insurance.
Pick up available.*
Order supplies online.*

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014